# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **MOUSSA DIARRA,** : | |
| : | |
| **Petitioner,** : | |
| v.   : | |
| : | NO. 4:21-cv-115-CDL-MSH |
| : | |
| **ROC NATION LLC,** *et al.***,** : | ORDER |
| : | |
| **Respondent.** : | |
| : | |

Petitioner moves for default judgment. ECF No. 10. On July 12, 2021, judgment was entered dismissing this case in its entirety. ECF No. 5. Petitioner's motion for default judgment is, therefore, **DENIED**.

**SO ORDERED**, this **20th** day of **August, 2021**.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

1