# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **MOUSSA DIARRA,** | : |
| **Petitioner,** | : |
| v. | : |
| | : NO. 4:21-cv-115-CDL-MSH |
| **ROC Nation, LLC;** *et al.***,** | : ORDER |
| **Respondents.** | : |

Petitioner has filed a "Motion for Special Appointment for Service of Process." ECF No. 14. On July 12, 2021, the Court denied Petitioner's Petition for Writ of Mandamus and entered judgment dismissing this case. ECF Nos. 4; 5. Thus, Petitioner's "Motion for Special Appointment for Service of Process" is DENIED as moot.

**SO ORDERED**, this 13th day of October, 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA